P. Kristofer Strojnik, SBN 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
415-450-0100 (tel.)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>DUTT HOSPITALITY GROUP INC.,<br><br>Defendant. | Case No: 5:20-cv-2203 ~~20-cv-5820~~<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

    The parties stipulate to dismiss the above case with prejudice. Each party to bear their own costs and fees.

    RESPECTFULLY SUBMITTED this 2d day of July, 2021.

/s/ P. Kristofer Strojnik
P. Kristofer Strojnik
Attorneys for Plaintiff


/s/ Philip H. Stillman
Philip H. Stillman
Attorneys for Plaintiff